**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6883**

EMMANUEL LEE MCGRIFF EL,

      Plaintiff - Appellant,

     v.

LT. HARDY; LT. TAYLOR; CAPT. REID; MAJOR THAXTON; LARRY PIERCE; MAGISTRATE JORDAN; JUDGE WILLIAM BLAND; MATT DELBRIDGE,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:19-ct-03376-M)

Submitted:  October 14, 2021           Decided:  October 19, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuel Lee McGriff El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Lee McGriff El appeals the district court's orders dismissing his complaint without prejudice for failing to comply with the court's order to show cause and denying his motion to reopen the case. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because McGriff El's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*